# In the United States Court of Federal Claims

No. 21-1115C
Filed: April 16, 2021

| |
|---|
| **SAVANTAGE FINANCIAL SERVICES, INC.,** <br><br> *Plaintiff,* <br><br> v. <br><br> **UNITED STATES,** <br><br> *Defendant*. |

## ORDER

On April 12, 2021, the defendant moved to dismiss the complaint based on representations that it will take corrective action that moots the plaintiff's claims. (ECF 20.) The Court ordered the plaintiff to file a response by April 16, 2021. (ECF 21.) The plaintiff has now filed its response. (ECF 22.) The plaintiff indicates that it has not yet heard from the defendant regarding the proposed corrective action but, based on the defendant's representations in its motion to dismiss, does not oppose the motion.

Accordingly, the motion to dismiss is **GRANTED**, and the case is **DISMISSED without prejudice** pursuant to Rule 41(a) of the Rules of the Court of Federal Claims. The Clerk is **DIRECTED** to enter judgment accordingly. No costs are awarded.

The plaintiff also requests that the Court waive the filing fee for a subsequent complaint from the plaintiff on this procurement. That request is not yet ripe. The plaintiff may make such a motion in connection with any subsequent complaint, if necessary, and the Court will consider such a motion at that time.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**